IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZLOOP, INC., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No.  15-11660 (KJC)<br><br>(Jointly Administered) |
| ZLOOP, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>MSS, Inc.<br><br>          Defendant. | Adv. Proc. No. 15-51173 (KJC) |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, this adversary proceeding shall be and hereby is dismissed with prejudice.  This dismissal with prejudice is expressly limited to the claims for turnover under 11 U.S.C. § 542 as asserted in this adversary proceeding, and shall not affect either parties' rights with respect to any remaining claims, defenses, or objections either may have against the other.  Each of the undersigned parties shall bear its own costs with respect to this litigation.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are:  ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098).  The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

2

| | |
|---|---|
| Dated:  March 30, 2016 | Dated:  March 30, 2016 |
| | |
| /s/ Brett D. Fallon | /s/ Stuart M. Brown |
| Brett D. Fallon | Stuart M. Brown (DE 4050) |
| MORRIS JAMES LLP | R. Craig Martin (DE 5032) |
| 500 Delaware Avenue | Laura D. Hatcher (DE 5098 |
| Suite 1500 | Daniel N. Brogan (DE 5723) |
| Wilmington, DE 19801 | Kaitlin M. Edelman (DE 5924) |
| Telephone:  (302) 888-6888 | DLA PIPER LLP (US) |
| Facsimile:   (302) 571-1750 | 1201 North Market Street, Suite 2100 |
| Email:  bfallon@morrisjames.com | Wilmington, Delaware 19801 |
| | Telephone:   (302) 468-5700 |
| | Facsimile:    (302) 394-2341 |
| | Email:  stuart.brown@dlapiper.com |
| | craig.martin@dlapiper.com |
| | laura.hatcher@dlapiper.com |
| | daniel.brogan@dlapiper.com |
| | kaitlin.edelman@dlapiper.com |
| | |
| *Counsel for MSS, Inc.* | *Counsel for ZLOOP, Inc.* |